# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

   ☐      Diversity

   ☐      Federal Question

   ☒      The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   ☐      Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer

      Thyroid Disease
      Ulcerative Colitis
      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

      Count I – Defective Design
      Count II – Failure to Warn
      Count III – Negligence
      Count IV – Negligence Per Se
      Count V – Trespass and Battery
      Count VI – Strict Product Liability
      Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
      Count VIII – Concealment, Misrepresentation, and Fraud
      Count IX – Conspiracy
      Count X – Wrongful Death
      Count XI – Loss of Consortium

      Other Causes of Action:
      Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
      Count XIII – _____
      Count XIV – _____
      Count XV – _____
      Count XVI – _____
      Count XVII – _____
      Count XVIII – _____
      Count XIX – _____
      Count XX – _____
      Others
      _____

_____
_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 2, 2025

                        Respectfully Submitted,

                        */s/ Devin Bolton*
                        Devin Bolton
                        WEITZ & LUXENBERG, PC
                        1880 Century Park E, STE 700
                        Los Angeles, CA 90067
                        Tel: (212) 558-5552
                        dbolton@weitzlux.com

                        *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Abernathy, Erica | 5/3/1985 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Addington, Marissa | 5/23/1991 | Virginia | Western District of Virginia: Charlottesville Division (W.D. Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Ahmed, Khadiga | 5/18/1962 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Akles, Shaunquesha | 9/4/1976 | Alabama | Northern District of Alabama: Eastern Division (N.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Albrecht, Jeffrey | 5/20/1963 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Alexander, Brandi | 12/9/1966 | Alaska | Alaska: Anchorage Division (D. Alaska) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Allmond, Donna | 8/9/1964 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Ames, Patricia | 7/12/1954 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Amistoso, Cynthia | 5/16/1969 | California | Northern District of California (N.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Anderson, Annette | 1/11/1971 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Archer, Jewel | 2/6/1940 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Armstrong, Malinda | 11/21/1968 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Arnold, Terrance | 6/8/2000 | North Carolina | Middle District of North Carolina: Durham Division (M.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Arnold, Valarie | 12/17/1977 | Alabama | Northern District of Alabama: Eastern Division (N.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Arutyunyan, Vigen | 12/31/1954 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Ashton, Dale | 4/4/1967 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Aubin, James | 6/24/1978 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Austin, Alma | 3/4/1937 | Mississippi | Northern District of Mississippi: Aberdeen Division (N.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Baeumel, Holly | 2/22/1983 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Bailey, Jashaude | 3/14/2007 | Texas | Eastern District of Texas: Tyler Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Bailey, Theresa | 11/30/1956 | Indiana | Southern District of Indiana: Terre Haute Division (S.D. Ind.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Baisden, Christina | 3/1/1976 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Baker, Billy | 5/11/1955 | Texas | Western District of Texas: Midland Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Baker, Hervey | 6/4/1971 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Baldi, Michael | 1/1/1973 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Baldwin, Alden | 6/4/1953 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Bame, Theodore | 10/22/1954 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Banores, AJ | 8/6/1978 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Bara, Philip | 4/16/1953 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Barber, Sara | 10/4/1962 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Barthle, Debra | 5/19/1964 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Baterbonia, Christine | 6/1/1988 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Bates, Tatandia | 3/11/1989 | Alabama | Southern District of Alabama: Selma Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Beard, Katy | 9/23/1939 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Bellamy, Cedria | 7/31/1985 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Bempong-Kwako, Frank | 12/23/1953 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Bennett, Brandy | 8/26/1981 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Benton, Willie | 1/1/1964 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Bequette, Britny | 4/9/1990 | Alaska | Alaska: Anchorage Division (D. Alaska) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Bess, Emanuel | 7/28/1947 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Bielawski, Sean | 5/8/1968 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Bird, James | 12/7/1975 | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Blank, Kathryn | 9/3/1995 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Thyroid Cancer, Thyroid Disorder | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Bolen, Michael | 8/24/1955 | New Mexico | New Mexico (D.N.M.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Bonatto, Xaniny | 4/8/1984 | California | Northern District of California: San | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Francisco Division (N.D. Cal.) | | | | | |
| 46. | Boni, Ron | 11/1/1962 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Bonner, Debra | 1/16/1960 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Boston, Bruce | 6/10/1959 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Bowden, Barbara | 10/29/1965 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Bowers, Joan | 8/21/1948 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Bowers, Timothy | 11/7/1970 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Braden, Linda | 1/6/1961 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Thyroid Cancer, Thyroid Disease, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Bradford, David | 10/11/1964 | Texas | Eastern District of Texas: Lufkin Division (E.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Breton, Dylon | 1/12/2001 | Maine | Maine (D. Me.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Brock, Corinne | 12/4/1955 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Brooks, Gregory | 2/16/1963 | California | Northern District of California (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Brown, Jessica | 10/28/1991 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Brown, Terri | 12/1/1970 | Missouri | Eastern District of Missouri: Southeastern Division (E.D. Mo.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Buckner, Mario | 6/30/1986 | Alabama | Middle District of Alabama: Eastern Division (M.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Buckner, Rebecca | 7/2/1962 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Bunn, Latonya | 12/21/1976 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Burns, Charles | 5/6/1981 | Oregon | Oregon: Medford Division (D. Ore.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Burt Sr, Adam | 11/15/1974 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Bushnell, Shawnece | 5/12/1981 | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Butler, Leah | 10/9/1982 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Byron, Ellen | 2/27/1947 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer, Liver Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Cafarelli, Cheryl | 3/8/1957 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Calderon, Albert | 7/13/1953 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Calhoun, Marlone | 7/15/1986 | Indiana | Southern District of Indiana (S.D. Ind.) | No | Yes | No | Liver Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Canakie, Ramona | 7/2/1967 | California | Central District of California: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Southern Division (C.D. Cal.) | | | | | |
| 71. | Carlos Manriquez, Mario | 3/12/1995 | Colorado | Colorado: Denver Division (D. Colo.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Carpinelli, Andrea | 7/9/1984 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Carrillo, Alfred | 8/22/1963 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Carter, Shirley | 4/14/1968 | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Castaneda, Miguel | 3/29/1962 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Castellano, Ginamarie | 7/5/1973 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Caucci, Robert | 9/15/1961 | Delaware | Delaware (D. Del.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Caver, William | 5/3/1946 | Missouri | Western District of Missouri: Kansas City Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Cayford, Jeremy | 3/26/1990 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Cecchetti, Ronald | 2/3/1992 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Chamberlain, Brandon | 8/21/1998 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Chandler, Jacob | 5/5/1959 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Charles, Reginald | 6/17/1958 | Tennessee | Western District of Tennessee: Eastern Division (W.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Chojna, David | 2/28/1981 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Chwick, Erik | 3/16/1985 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Claridy, Charles | 5/15/1990 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Clark, Steven | 3/26/1971 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Clark, William | 8/9/1950 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Classen, Lester | 1/9/1982 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Clay, Willie | 11/3/1952 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Clements, Linda | 7/17/1955 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Coburn, Benjamin | 11/21/1971 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Cochran, Rockey | 10/9/1962 | North Carolina | Eastern District of North Carolina: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Southern Division (E.D.N.C.) | | | | | |
| 94. | Colby, Leean | 7/7/1944 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Cole Jr, Nathaniel | 10/31/1958 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Collins, George | 9/13/1960 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Collins, Kenya | 10/26/1976 | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Collot, Gabrielie | 3/19/2000 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Combs, Kenneth | 11/29/1964 | Kentucky | Eastern District of Kentucky: London Division (E.D. Ky.) | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Commodore, Brenda | 3/10/1955 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Conor, Michael | 10/17/1989 | Indiana | Southern District of Indiana: Indianapolis Division (S.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Cook, Carolyn | 9/21/1953 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Cooke, Daniel | 8/4/1988 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Couch, Jill | 8/25/1952 | Florida | Middle District of Florida: Jacksonville | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D. Fla.) | | | | | |
| 105. | Couitcher, Christopher | 11/26/1960 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Cox, Joseph | 3/9/1958 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Craven, Makenzie | 8/17/2000 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Crebessa, Johnnie | 9/18/1966 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Crider, Nicholas | 9/25/1975 | Texas | Southern District of Texas: Galveston Division (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Cronin, Amy | 3/5/1968 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Crump, Marshanae | 12/29/1998 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Cseh, Lori | 6/22/1965 | North Carolina | Western District of North Carolina: Bryson Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Cunningham, Jc | 6/5/1968 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Thyroid Disease, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Cupp, Marjorie | 8/12/1959 | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 115. | Curtis-Verburg, Beth | 6/16/1952 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Cuthbertson, Sophia | 5/15/1983 | North Carolina | Middle District of North Carolina (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Dalley, Rashaana | 9/1/1981 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Daniels, Jimmy | 11/30/1976 | Mississippi | Northern District of Mississippi: Oxford Division (N.D. Miss.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Daniels, William | 1/21/1949 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Dare, Dianne | 2/22/1950 | California | Northern District of California: Oakland Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Davis, Angela A | 6/10/1970 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Davis, Joe | 12/9/1951 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Davis, Sandra | 7/30/1947 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Davis II, George | 3/23/1966 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Decker, Donna | 4/29/1960 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 126. | Demas, Sarah | 3/13/1952 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | DeMedina, Russell | 10/2/1958 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Denton, Joshua | 12/9/1985 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Detimore, Leroy | 10/26/1974 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Dever, Susan | 7/24/1963 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | DeVille, Brandon | 4/17/1999 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Dewees, Sandra | 8/1/1951 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Diaz, Andres | 3/12/1978 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Diaz, Robert | 5/8/1990 | | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Dietrich, Jed | 4/2/1971 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Dilday, Pamela | 1/29/1956 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Dillard, Clarissa | 3/13/1984 | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 138. | Disney, Roy | 1/13/1965 | Indiana | Northern District of Indiana: Fort Wayne Division (N.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Dixon, Joseph | 6/13/2003 | Kentucky | Eastern District of Kentucky: Ashland Division (E.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Dolan, Corey | 3/6/1988 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Donley, Robert | 10/15/1979 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. |  |  |  |  |  |  |  |  |  |
| 143. |  |  |  |  |  |  |  |  |  |
| 144. |  |  |  |  |  |  |  |  |  |
| 145. |  |  |  |  |  |  |  |  |  |
| 146. |  |  |  |  |  |  |  |  |  |
| 147. |  |  |  |  |  |  |  |  |  |
| 148. |  |  |  |  |  |  |  |  |  |
| 149. |  |  |  |  |  |  |  |  |  |
| 150. |  |  |  |  |  |  |  |  |  |